**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number *(if known)* _____    Chapter __**11**__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy       06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | KSN Express Inc. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 82-2935017 |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>**401 IL 60**<br>**Volo, IL 60073**<br>Number, Street, City, State & ZIP Code<br><br>**Lake**<br>County | **Mailing address, if different from principal place of business**<br><br>**19238 Tahoe Drive**<br>**Mundelein, IL 60060**<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**1431 Manchester St Beloit, WI 53511**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

| Debtor | **KSN Express Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

48-4

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

Debtor    **KSN Express Inc.**                                                     Case number (*if known*)
        Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____          Relationship _____
District _____  When _____  Case number, if known _____

---

**11.** **Why is the case filed in *this district*?**    *Check all that apply:*

■    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**    _____
                    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency    _____
             Contact name    _____
             Phone    _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor   **KSN Express Inc.**                                             Case number (*if known*)
_____
Name

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million     ☐ More than $50 billion

| Debtor | **KSN Express Inc.** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **January  2, 2025**
MM / DD / YYYY

**X** **/s/ Nataliya Zatkhey**                          **Nataliya Zatkhey**
Signature of authorized representative of debtor        Printed name

Title  **President**

---

**18. Signature of attorney**

**X** **/s/ Richard N. Golding**                    Date  **January  2, 2025**
Signature of attorney for debtor                        MM / DD / YYYY

**Richard N. Golding**
Printed name

**The Golding Law Offices, P.C.**
Firm name

**161 N. Clark Street**
**Suite 1700**
**Chicago, IL 60601**
Number, Street, City, State & ZIP Code

Contact phone  **(312) 832-7885**     Email address  **rgolding@goldinglaw.net**

**0992100 IL**
Bar number and State

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **KSN Express Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __**January  2, 2025**__        X */s/ Nataliya Zatkhey*
                                                Signature of individual signing on behalf of debtor

                                                **Nataliya Zatkhey**
                                                Printed name

                                                **President**
                                                Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **KSN Express Inc.** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Amur Equipment Finance 304 W 3rd Street POBox 2555 Grand Island, NE 68801** | | | **Unliquidated** | **$0.00** | **Unknown** | **Unknown** |
| **Amur Equipment Finance** | | **2023 Peterbilt VIN 1XPBD49X6PD791 740** | | **$0.00** | **Unknown** | **Unknown** |
| **Arvest Bank P.O. Bank 11110 Fort Smith, AR 72917** | | | **Unliquidated** | **$135,000.00** | **Unknown** | **Unknown** |
| **Arvest Equipment Finance** | | **2021 Reitnouer Maximiser 53' Flatbed trailer VIN 1RNF53A22MRO5 5464 2021 Reitnouer Maximiser 53' Flatbed trailer VIN 1RNF53A22MRO5 54645** | **Contingent** | **$0.00** | **Unknown** | **Unknown** |
| **Arvest Equipment Finance 8000 Taylor Ave Fort Smith, AR 72916** | | **2020 Volvo VNL64T860 VIN 4V4NCpEJ7L N234487** | | **$0.00** | **Unknown** | **Unknown** |
| **Arvest Equipment Finance 8000 Taylor Avenue Fort Smith, AR 72916** | | **2018 Volvo VNL64T730 Tractor VIN 4V4NC9EJ9JN893 524** | | **$0.00** | **Unknown** | **Unknown** |

| Debtor | KSN Express Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Auxlior Capital Partners Inc 620 Germantown Pike Plymouth Meeting, PA 19462** | | | **Unliquidated** | **$60,000.00** | **Unknown** | **Unknown** |
| **Auxlior Capital Partners Inc 620 Germantown Pike Plymouth Meeting, PA 19462** | | **2020 Volvo 4NL64T860 Tractor Sleeper VIN 4V4nC9EH3LN236 041** | | **$0.00** | **Unknown** | **Unknown** |
| **Banterra Bank POBox 310 Marion, IL 62959** | | | **Unliquidated** | **$210,000.00** | **Unknown** | **Unknown** |
| **BMO Harris Bank 33 E John Capenter FWY Irving, TX 75062** | | **2019 Volvo VNL-Series 2020 Reitnouer Maxmiser 2020 Reitnouer Maxmiser 2020 Reitnouer Maxmiser 2020 Reitnouer Maxmiser Flatbed 2020 Reitnouer Max** | **Unliquidated Disputed** | **$950,000.00** | **Unknown** | **Unknown** |
| **BMO Harris Bank 33 E John Capenter FWY Irving, TX 75062** | | **2 x Freightliner Cascadia -Series CA125645SLP 125"BBC** | **Contingent** | **$0.00** | **Unknown** | **Unknown** |
| **BMO Harris Bank 33 E John Capenter FWY Irving, TX 75062** | | **2020 Freightliner Cascadia Series VIN 3AKJHHDR9LSLM 4849** | | **$0.00** | **Unknown** | **Unknown** |
| **BMO Harris Bank 33 E John Capenter FWY Irving, TX 75062** | | **2020 Kenworth T680-Series VIN 1XKYD49XOL 1345465** | | **$0.00** | **Unknown** | **Unknown** |
| **BMO Harris Bank 33 E John Capenter FWY Irving, TX 75062** | | **2019 VNL-Series VNL-Series VIN 4V4NC9EH8KN872 470** | | **$0.00** | **Unknown** | **Unknown** |
| **BMO Harris Bank 33 E John Capenter FWY Irving, TX 75062** | | **2 2020 Reitnouer Maximise Alumum SN 1RFN53A20LR052 902 and (3)** | | **$0.00** | **Unknown** | **Unknown** |

| Debtor | **KSN Express Inc.** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **BMO Harris Bank 33 E John Capenter FWY Irving, TX 75062** | | **2 x 2020 Reitnouer Maximisers SN: 1RNF53A22LR052 921 and (2)** | | **$0.00** | **Unknown** | **Unknown** |
| **BMO Harris Bank 33 E John Capenter FWY Irving, TX 75062** | | **2 x 2020 Reitnouer Flatbeds SN#: 1RNF53A2705291 5 and (6)** | | **$0.00** | **Unknown** | **Unknown** |
| **Corporation Service Company, as Ag P.O. Box 2576 Springfield, IL 62708** | | | **Unliquidated** | **$0.00** | **Unknown** | **Unknown** |
| **Old National Bank 1201 Demonbruen Street Nashville, TN 37203-3140** | | **401 Illinois 60, Volo Illinois 60073** | **Unliquidated** | **$1,200,000.00** | **$615,000.00** | **$585,000.00** |
| **Signature Financial LLC 12100 NE 195th Street, Suite 315 Bothell, WA 98011** | | | **Unliquidated** | **$150,000.00** | **$0.00** | **$150,000.00** |

| Fill in this information to identify the case: |
| --- |

Debtor name    **KSN Express Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known)    _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                      12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $                0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................ $          21,000.00

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................. $          21,000.00

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $       3,185,000.00

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $                0.00

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$                0.00

4.  Total liabilities ................................................................................................................
   Lines 2 + 3a + 3b

   $       3,185,000.00

**Fill in this information to identify the case:**

Debtor name    **KSN Express Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | Current value of debtor's interest |
|---|---|---|
| 2. | **Cash on hand** | **Unknown** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Chase Bank** | **checking** | **6548** | **Unknown** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                                                  **$0.00**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

Debtor   **KSN Express Inc.**_____   Case number *(If known)* _____
Name

| 11a. 90 days old or less: | 20,000.00 | - | 0.00 | = .... | $20,000.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.  **Total of Part 3.**                                    $20,000.00
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:     Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
□ Yes Fill in the information below.

**Part 5:     Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
□ Yes Fill in the information below.

**Part 6:     Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
□ Yes Fill in the information below.

**Part 7:     Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

□ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** miscellaeous office furniture | **Unknown** | **Liquidation** | **$1,000.00** |

40.      **Office fixtures**

41.      **Office equipment, including all computer equipment and communication systems equipment and software**

42.      **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.      **Total of Part 7.**                                    $1,000.00
Add lines 39 through 42.  Copy the total to line 86.

44.      **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
□ Yes

45.      **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No

| Debtor | **KSN Express Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2021 Reitnouer Maximiser 53' Flatbed trailer VIN 1RNF53A22MRO55464 2021 Reitnouer Maximiser 53' Flatbed trailer VIN 1RNF53A22MRO554645** | **Unknown** | | **Unknown** |
| 47.2. **2 x Freightliner Cascadia -Series CA125645SLP 125"BBC** | **$0.00** | | **Unknown** |
| 47.3. **2020 Freightliner Cascadia Series VIN 3AKJHHDR9LSLM4849** | **$0.00** | | **Unknown** |
| 47.4. **2023 Peterbilt VIN 1XPBD49X6PD791740** | **$0.00** | | **Unknown** |
| 47.5. **2019 Peterbilt 579 VIN 1XPBDP9X9KD600595** | **$0.00** | | **Unknown** |
| 47.6. **2019 Volvo VNL64T 780 Tractor VIN 4V4NC9EG0KN217582** | **$0.00** | | **Unknown** |
| 47.7. **3 2024 Extreme XP55 Flat bed trailers Sr. #'s TVGAA5320R1000573, (74 & 75)** | **Unknown** | | **Unknown** |
| 47.8. **2020 Volvo VNL64T860 VIN 4V4NCpEJ7L N234487** | **$0.00** | | **Unknown** |
| 47.9. **2018 Volvo VNL64T730 Tractor VIN 4V4NC9EJ9JN893524** | **$0.00** | | **Unknown** |
| 47.10. **2019 Volvo VNL VIN 4V4NCpEH3LN200513** | **$0.00** | | **Unknown** |
| 47.11. **2020 Kenworth T680-Series VIN 1XKYD49XOL 1345465** | **$0.00** | | **Unknown** |
| 47.12. **2020 Volvo 4NL64T860 Tractor Sleeper VIN 4V4nC9EH3LN236041** | **$0.00** | | **Unknown** |

| Debtor | **KSN Express Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 47.13. | **2019 VNL-Series VNL-Series VIN 4V4NC9EH8KN872470** | **$0.00** | **Unknown** |
| 47.14. | **2 2020 Reitnouer Maximise Alumum SN 1RFN53A20LR052902 and (3)** | **$0.00** | **Unknown** |
| 47.15. | **2 x 2020 Reitnouer Maximisers SN: 1RNF53A22LR052921 and (2)** | **$0.00** | **Unknown** |
| 47.16. | **2 x 2020 Reitnouer Flatbeds SN#: 1RNF53A27052915 and (6)** | **Unknown** | **Unknown** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| | |
|---|---|
| | **$0.00** |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ■ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Debtor   **KSN Express Inc.**_____   Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $20,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $21,000.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $21,000.00 |

**Fill in this information to identify the case:**

Debtor name      **KSN Express Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1** **Amur Equipment Finance**

Creditor's Name

| Describe debtor's property that is subject to a lien | **$0.00** | **Unknown** |
|---|---|---|

**304 W 3rd Street**
**POBox 2555**
**Grand Island, NE 68801**

Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☑ Unliquidated
☐ Disputed

---

**2.2** **Amur Equipment Finance**

Creditor's Name

| Describe debtor's property that is subject to a lien | **$0.00** | **Unknown** |
|---|---|---|

**2023 Peterbilt VIN 1XPBD49X6PD791740**

Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **KSN Express Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Arvest Bank** | Describe debtor's property that is subject to a lien | **$135,000.00** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | | | |

**P.O. Bank 11110**
**Fort Smith, AR 72917**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.4 | **Arvest Equipment Finance** | Describe debtor's property that is subject to a lien | **$0.00** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | | | |

**2021 Reitnouer Maximiser 53' Flatbed trailer VIN 1RNF53A22MRO55464**
**2021 Reitnouer Maximiser 53' Flatbed trailer VIN 1RNF53A22MRO554645**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. BMO Harris Bank**
**2. Arvest Equipment Finance**

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Arvest Equipment Finance** | Describe debtor's property that is subject to a lien | **$0.00** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **2020 Volvo VNL64T860 VIN 4V4NCpEJ7L N234487** | | |

**8000 Taylor Ave**
**Fort Smith, AR 72916**

Creditor's mailing address

**Describe the lien**

---

| Debtor | KSN Express Inc. | Case number (if known) |
|---|---|---|
| | Name | |

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Arvest Equipment Finance** | **Describe debtor's property that is subject to a lien** | **$0.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**8000 Taylor Avenue**
**Fort Smith, AR 72916**

Creditor's mailing address

**2018 Volvo VNL64T730 Tractor VIN 4V4NC9EJ9JN893524**

**Describe the lien**

**Purchase Money Security**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | **Auxlior Capital Partners Inc** | **Describe debtor's property that is subject to a lien** | **$60,000.00** | **Unknown** |
|---|---|---|---|---|

Creditor's Name

**620 Germantown Pike**
**Plymouth Meeting, PA 19462**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

---

| Debtor | KSN Express Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.8 | **Auxlior Capital Partners Inc** | Describe debtor's property that is subject to a lien | **$0.00** | **Unknown** |

Creditor's Name

**620 Germantown Pike**
**Plymouth Meeting, PA**
**19462**

**2020 Volvo 4NL64T860 Tractor Sleeper VIN**
**4V4nC9EH3LN236041**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.9 | **Banterra Bank** | Describe debtor's property that is subject to a lien | **$210,000.00** | **Unknown** |

Creditor's Name

**POBox 310**
**Marion, IL 62959**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 0 | **BMO Harris Bank** | Describe debtor's property that is subject to a lien | **$950,000.00** | **Unknown** |

Creditor's Name

**2019 Volvo VNL-Series**
**2020 Reitnouer Maxmiser**
**2020 Reitnouer Maxmiser**
**2020 Reitnouer Maxmiser**
**2020 Reitnouer Maxmiser Flatbed**
**2020 Reitnouer Maxmiser Flatbed**

**33 E John Capenter FWY**
**Irving, TX 75062**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

---

| Debtor | **KSN Express Inc.** | | Case number (if known) | |
| | Name | | | |

**Date debt was incurred**
**various**
**Last 4 digits of account number**

■ No
□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
□ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.4**

**As of the petition filing date, the claim is:**
Check all that apply
□ Contingent
■ Unliquidated
■ Disputed

---

| 2.1 1 | **BMO Harris Bank** | | | | $0.00 | Unknown |

Creditor's Name

**33 E John Capenter FWY Irving, TX 75062**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**2 x Freightliner Cascadia -Series CA125645SLP 125"BBC**

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
□ Yes
**Is anyone else liable on this claim?**
■ No
□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
□ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
□ Unliquidated
□ Disputed

---

| 2.1 2 | **BMO Harris Bank** | | | | $0.00 | Unknown |

Creditor's Name

**33 E John Capenter FWY Irving, TX 75062**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**2020 Freightliner Cascadia Series VIN 3AKJHHDR9LSLM4849**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
□ Yes
**Is anyone else liable on this claim?**
■ No
□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
■ No
□ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
□ Contingent
□ Unliquidated
□ Disputed

---

| 2.1 3 | **BMO Harris Bank** | | | | $0.00 | Unknown |

**Describe debtor's property that is subject to a lien**

Debtor    **KSN Express Inc.**                                    Case number (if known) _____
_____
Name

Creditor's Name
_____

**33 E John Capenter FWY**
**Irving, TX 75062**
_____
Creditor's mailing address

_____

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** |
| ☑ No |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. |

**2020 Kenworth T680-Series VIN 1XKYD49XOL 1345465**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **BMO Harris Bank** | **Describe debtor's property that is subject to a lien** | **$0.00** | **Unknown** |

Creditor's Name
_____

**33 E John Capenter FWY**
**Irving, TX 75062**
_____
Creditor's mailing address

_____

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2019 VNL-Series VNL-Series VIN 4V4NC9EH8KN872470**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | **BMO Harris Bank** | **Describe debtor's property that is subject to a lien** | **$0.00** | **Unknown** |

Creditor's Name
_____

**33 E John Capenter FWY**
**Irving, TX 75062**
_____
Creditor's mailing address

_____

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**2 2020 Reitnouer Maximise Alumum SN 1RFN53A20LR052902 and (3)**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page  6 of 15

| Debtor | KSN Express Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 6**

**BMO Harris Bank**
Creditor's Name

**33 E John Capenter FWY Irving, TX 75062**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**2 x 2020 Reitnouer Maximisers SN: 1RNF53A22LR052921 and (2)**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| | $0.00 | Unknown |
|---|---|---|

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 7**

**BMO Harris Bank**
Creditor's Name

**33 E John Capenter FWY Irving, TX 75062**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**2 x 2020 Reitnouer Flatbeds SN#: 1RNF53A27052915 and (6)**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| | $0.00 | Unknown |
|---|---|---|

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 8**

**Capstar Bank**
Creditor's Name

**1201 Demonbreun, suite 700 Nashville, TN 37230**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**Describe the lien**

| | $0.00 | $0.00 |
|---|---|---|

---

| Debtor | **KSN Express Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.19 | **Corporation Service Company, as Ag** | Describe debtor's property that is subject to a lien | $0.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | | | |

**P.O. Box 2576
Springfield, IL 62708**

Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.20 | **Crossroads Equipment Finance** | Describe debtor's property that is subject to a lien | $0.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | | | |

**9355 Haven Street
Rancho Cucamonga, CA 91730**

Creditor's mailing address

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Debtor   **KSN Express Inc.**
_____
Name                                                    Case number (if known) _____

■ No
☐ Contingent
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.2.1 | **Equify Financial LLC** |
|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien                          **$0.00**       **Unknown**

**777 Main Street, Suite 3900
Fort Worth, TX 76102**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.2.2 | **Luceo 124 Trust** |
|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien                          **$0.00**       **Unknown**

**9300 Metcalf Avenue
Overland Park, KS 66212**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.2.3 | **M&T Truck Sales** |
|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien                          **$0.00**       **Unknown**
**2019 Peterbilt 579 VIN  1XPBDP9X9KD600595**

**15W766 N Fronage Road
Willowbrook, IL 60527**

Creditor's mailing address

Describe the lien

---

| Debtor | KSN Express Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | |
|---|---|
| | **Is the creditor an insider or related party?** |
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.2 4**

| National Exchange Bank | Describe debtor's property that is subject to a lien | $0.00 | Unknown |
|---|---|---|---|
| Creditor's Name | | | |

**130 S Main St**
**PO Box 988**
**Fond Du Lac, WI**
**54936-0988**
Creditor's mailing address

Describe the lien

| | |
|---|---|
| | **Is the creditor an insider or related party?** |
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ☐ Disputed |

---

**2.2 5**

| Old National Bank | Describe debtor's property that is subject to a lien | $1,200,000.00 | $615,000.00 |
|---|---|---|---|
| Creditor's Name | **401 Illinois 60, Volo Illinois 60073** | | |

**1201 Demonbruen Street**
**Nashville, TN 37203-3140**
Creditor's mailing address

Describe the lien
**First Mortgage**

| | |
|---|---|
| | **Is the creditor an insider or related party?** |
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| **1/20/24** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |

---

| Official Form 206D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | page 10 of 15 |
|---|---|---|

| Debtor | **KSN Express Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☑ Unliquidated
☐ Disputed

---

| 2.26 | **PNC Equipment Finance** | Describe debtor's property that is subject to a lien | **$0.00** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | | | |

**655 Business Center Drive Horsham, PA 19044**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☑ Unliquidated
☐ Disputed

---

| 2.27 | **PNC Equipment Finance** | Describe debtor's property that is subject to a lien | **$0.00** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | 3 2024 Extreme XP55 Flat bed trailers Sr. #'s TVGAA5320R1000573, (74 & 75) | | |

**655 Business Center Drive Horsham, PA 19044**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.28 | **Signature Financial LLC** | Describe debtor's property that is subject to a lien | **$150,000.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | | | |

**12100 NE 195th Street, Suite 315 Bothell, WA 98011**
Creditor's mailing address

Describe the lien

---

| Debtor | KSN Express Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Creditor's email address, if known**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.29 | **Small Business Association** | Describe debtor's property that is subject to a lien | Unknown | $20,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **90 days or less: only current accounts in process** | | |

**2 North Street
Birmingham, AL 35203**

Creditor's mailing address

Describe the lien
**Non-Purchase Money Security**

Is the creditor an insider or related party?
■ No
☐ Yes

**Creditor's email address, if known**

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.30 | **TAB Bank** | Describe debtor's property that is subject to a lien | $255,000.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | | | |

**4185 Harrison Blvd
Ogden, UT 84403**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

**Creditor's email address, if known**

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

---

Debtor   **KSN Express Inc.** _____   Case number (*if known*) _____
Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
■ Unliquidated
☐ Disputed

---

| 2.3 1 | **TAB Bank** | | |
|---|---|---|---|
| | Creditor's Name | | |

**Describe debtor's property that is subject to a lien**
**2019 Volvo VNL64T 780 Tractor VIN**
**4V4NC9EG0KN217582**

$0.00    Unknown

**4185 Harrison Blvd**
**Ogden, UT 84403**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 2 | **TAB Bank** | | |
|---|---|---|---|
| | Creditor's Name | | |

**Describe debtor's property that is subject to a lien**
**2019 Volvo VNL VIN 4V4NCpEH3LN200513**

$0.00    Unknown

**4185 Harrison Blvd**
**Ogden, UT 84403**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 3 | **U.S. Small Business Administration** | | |
|---|---|---|---|
| | Creditor's Name | | |

**Describe debtor's property that is subject to a lien**

$0.00    Unknown

**2 North Street**
**Suite 320**
**Birmingham, AL 35203**
Creditor's mailing address

**Describe the lien**

---

Debtor   **KSN Express Inc.**                                                          Case number *(if known)* _____
_____
Name

|  | **Is the creditor an insider or related party?** |
|  | ■ No |
| Creditor's email address, if known | ☐ Yes |
|  | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
|  | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** |  |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

---

| 2.3 4 | **Umpaqua Bank** | Describe debtor's property that is subject to a lien | **$125,000.00** | **Unknown** |

Creditor's Name

**POBox 1580
Roseburg, OR 97470**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

---

| 2.3 5 | **WEX Bank** | Describe debtor's property that is subject to a lien | **$100,000.00** | **Unknown** |

Creditor's Name

**7090 Union Park Center, Suite 35
Midvale, UT 84047**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **KSN Express Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $3,185,000.00

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name     **KSN Express Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                        12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | **$0.00** |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **American Express**<br>**POBox 1270**<br>**Newark, NJ 07101-1270** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Hendricks Commercial Properties**<br>**525 3rd Street**<br>**Beloit, WI 53511** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: __commercial property lease__ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Little Tornado Recovery & Towing**<br>**1529 Hickory St**<br>**POBox 102**<br>**Sidney, NE 69162** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | KSN Express Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Red Tail Commercial**
**POBox 1055**
**Carmel, IN 46082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** __equipment lease__

Is the claim subject to offset? ■ No ☐ Yes

---

<table>
<tr><td>Part 3:</td><td>List Others to Be Notified About Unsecured Claims</td></tr>
</table>

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

<table>
<tr><td>Part 4:</td><td>Total Amounts of the Priority and Nonpriority Unsecured Claims</td></tr>
</table>

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 0.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 0.00 |

| Fill in this information to identify the case: |
|---|

Debtor name    **KSN Express Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases          **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
     (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest     **lease of garage and parking facility** | |
| State the term remaining | |
| List the contract number of any government contract | **Hendricks Commercial Properties**<br>**525 3rd Street**<br>**Beloit, WI 53511** |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest     **equipment lease** | |
| State the term remaining | |
| List the contract number of any government contract | **Red Tail Commercial**<br>**POBox 1055**<br>**Carmel, IN 46082** |

American Express
POBox 1270
Newark, NJ 07101-1270

Amur Equipment Finance
304 W 3rd Street
POBox 2555
Grand Island, NE 68801

Arvest Bank
P.O. Bank 11110
Fort Smith, AR 72917

Arvest Equipment Finance
8000 Taylor Avenue
Fort Smith, AR 72916

Auxlior Capital Partners Inc
620 Germantown Pike
Plymouth Meeting, PA 19462

Banterra Bank
POBox 310
Marion, IL 62959

BMO Harris Bank
33 E John Capenter FWY
Irving, TX 75062

Capstar Bank
1201 Demonbreun, suite 700
Nashville, TN 37230

Corporation Service Company, as Ag
P.O. Box 2576
Springfield, IL 62708

Crossroads Equipment Finance
9355 Haven Street
Rancho Cucamonga, CA 91730

Equify Financial LLC
777 Main Street, Suite 3900
Fort Worth, TX 76102

Hendricks Commercial Properties
525 3rd Street
Beloit, WI 53511


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


Little Tornado Recovery & Towing
1529 Hickory St
POBox 102
Sidney, NE 69162


Luceo 124 Trust
9300 Metcalf Avenue
Overland Park, KS 66212


M&T Truck Sales
15W766 N Fronage Road
Willowbrook, IL 60527


National Exchange Bank
130 S Main St
PO Box 988
Fond Du Lac, WI 54936-0988


Old National Bank
1201 Demonbruen Street
Nashville, TN 37203-3140


PNC Equipment Finance
655 Business Center Drive
Horsham, PA 19044


Red Tail Commercial
POBox 1055
Carmel, IN 46082


Signature Financial LLC
12100 NE 195th Street, Suite 315
Bothell, WA 98011


Small Business Association
2 North Street
Birmingham, AL 35203

TAB Bank
4185 Harrison Blvd
Ogden, UT 84403


U.S. Small Business Administration
2 North Street
Suite 320
Birmingham, AL 35203


Umpaqua Bank
POBox 1580
Roseburg, OR 97470


WEX Bank
7090 Union Park Center, Suite 35
Midvale, UT 84047

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re   **KSN Express Inc.**

Debtor(s)

Case No.

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **KSN Express Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Nataliya Zatkhey**
**19238 W Tahoe Dr**
**Mundelein, IL 60060**

☐ None [*Check if applicable*]

**January  2, 2025**

Date

**/s/ Richard N. Golding**

**Richard N. Golding**

Signature of Attorney or Litigant

Counsel for   **KSN Express Inc.**

**The Golding Law Offices, P.C.**
**161 N. Clark Street**
**Suite 1700**
**Chicago, IL 60601**
**(312) 832-7885 Fax:(312) 755-5720**
**rgolding@goldinglaw.net**