Form G-4

# REQUIRED STATEMENT
## TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s) __KSN Express Inc.__   Case No. __25-00011__   Chapter __11__

All Cases: Moving Creditor __Old National Bank__   Date Case Filed __1/2/2025__

Nature of Relief Sought: ☑ Lift Stay   ☐ Annul Stay   ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed _____

Chapter 7: ☐ No-Asset Report Filed on _____
 ☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
   a. ☐ Home
   b. ☐ Car   Year, Make, and Model _____
   c. ☑ Other (describe) __5 tractors and 4 semi-trailers (See attached addendum)__

2. Balance Owed as of Petition Date   $ __1,255,705.82__
   Total of all other Liens against Collateral $ __0__

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases)   $ __225,000.00__

5. Default
   a. ☑ Pre-Petition Default
      Number of months __1__   Amount $ __11,602.16__

   b. ☑ Post-Petition Default
      i. ☑ On direct payments to the moving creditor
         Number of months __5__   Amount $ __54,806.48__

      ii. ☐ On payments to the Standing Chapter 13 Trustee
         Number of months ____   Amount $ _____

6. Other Allegations
   a. ☑ Lack of Adequate Protection § 362(d)(1)
      i. ☐ No insurance
      ii. ☐ Taxes unpaid   Amount $ _____
      iii. ☑ Rapidly depreciating asset
      iv. ☐ Other (describe) _____

   b. ☑ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☑ Other "Cause" § 362(d)(1)
      i. ☐ Bad Faith (describe) _____
      ii. ☐ Multiple Filings
      iii. ☑ Other (describe) __Violation of Court Order providing for Adequate Protection Payments__

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm   ii ☐ Redeem   iii. ☐ Surrender   iv. ☑ No Statement of Intention Filed

Date: __5/23/25__   __/s/ Adam B. Rome__
 Counsel for Movant

(Rev. 12 /21/09)

**In Re: KSN Express, Inc. Debtor**
**Case No. 25-00011**

## STATEMENT OF DEFAULT ADDENDUM

COLLATERAL:

2020 Freightliner Cascadia 16 Tractor TK (Serial Number 3AKJHHDR1LSLM4943)
2024 Extreme Xp55 Flatbed Semi Trailer (Serial Number 7VGAA5321R1001246)
2024 Extreme Xp55 Flatbed Semi Trailer (Serial Number 7VGAA5323R1001247)
2024 Extreme Xp55 Flatbed Semi Trailer (Serial Number 7VGAA5325R1001248)
2024 Extreme Xp55 Flatbed Semi Trailer (Serial Number 7VAGAA5327R1001249)
2019 Freightliner Cascadia 126 Tractor TK (Serial Number 3AKJHHDRXKSKJ4948)
2020 Volvo VNL 64T760 Tractor TK (Serial Number 4V4NC9EH8LN200510)
2021 Freightliner Cascadia 126 Tractor TK (Serial Number 1FUJHHDR5MLMA7910)
2020 Freightliner Cascadia 126 Tractor TK (Serial Number 3AKJHHDRXLSLM4875)